IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| GARY D. LAMPKINS, | |
|---|---|
| Petitioner, | |
| v. | Case No. CIV-07-066-RAW |
| JESSE T. SUTTER, JR., Warden, | |
| Respondent. | |

## ORDER

On September 29, 2009, Magistrate Judge Kimberly E. West filed a Report and Recommendation, recommending that this action (commenced by Petitioner's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241) be in all respects dismissed. On October 2, 2009, the court received notice that the Petitioner received a copy of the Report and Recommendation on September 30, 2009. Petitioner did not file an Objection. Upon review, the recommendation of the Magistrate Judge will be followed.

Accordingly, the Report and Recommendation of United States Magistrate Judge West is hereby AFFIRMED and ADOPTED as this court's Findings and Order. Petitioner's petition pursuant to 28 U.S.C. § 2241 is hereby DISMISSED.

IT IS SO ORDERED this 20th day of October, 2009.

**Dated this 20th Day of October 2009.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0